

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-18-00856-CR

Robert Lee **CRIDER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1873
Honorable Rex Emerson, Judge Presiding

# O R D E R

On June 10, 2019, appellant filed a pro se "Motion to Set Aside Void Judgment." Appellant is represented in this appeal by retained counsel: M. Patrick Maguire, 945 Barnett St., Kerrville, Texas 78028, telephone number: 830-895-2590. As appellant was advised in this court's June 27, 2019 order, appellant does not have a right to hybrid representation, which means appellant and his attorney are not permitted to present independent points to the court of appeals. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (en banc). Appellant's pro se motion, therefore, is DENIED.

It is so **ORDERED** on July 24, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court